IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02591–EWN–CBS

TYRONE W. ALLEN,

    Plaintiff,

v.

EQUIFAX,
TRANS UNION CORPORATION, and
EXPERIAN,

    Defendants.

## ORDER

    This matter comes before the court on oral notification from the clerk's office that this case was mistakenly assigned to the undersigned by random draw. An exception to the general rule that cases are assigned by random draw applies here. Specifically, local rule 40.1C.1 provides, "If the pro se plaintiff filing a new case already has a case pending or had a case terminated within 12 months of the new filing, the new case shall be assigned to the district judge who was assigned the earlier case." Plaintiff Tyrone W. Allen, proceeding *pro se* is also the plaintiff in case no. 06-cv-01705-PSF-CBS, currently pending before Judge Figa. In accordance with rule 40.1C.1, it is now

ORDERED that this case be transferred to Judge Figa.

Dated this 6th day of February, 2007.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge