**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 06-cv-02591-PSF-CBS**  FTR - Reporter Deck - Courtroom A402
**Date: June 14, 2007**  **Courtroom Deputy:** Ben Van Dyke

TYRONE W. ALLEN,  Pro se

    **Plaintiff,**

v.

EQUIFAX, *et al.*,  Christine Garrison
    M. Kasey Ratliff
    Adam W. Wiers

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE/EVIDENTIARY HEARING**
**Court in Session:   2:32 a.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:** Plaintiff's oral motion to withdraw the Motion for Preliminary Injunction [filed December 27, 2006; doc. 11] without prejudice is granted.  The motion is hereby withdrawn without prejudice.

**ORDERED:** Plaintiff shall fully and completely respond, consistent with the Federal Rules of Civil Procedure, to defendants TransUnion Corporation and Experian's previously served discovery requests by June 29, 2007.  The responses shall be sent via overnight mail.

**ORDERED:** Plaintiff's Rule 26(a)(1) disclosures shall be provided to all defendants by June 18, 2007.  The disclosures shall be sent via overnight mail.

Plaintiff's deposition shall be taken and completed in the month of July.

**ORDERED:** **A copy of the minutes/minute order shall be mailed to plaintiff's address currently listed in CM/ECF and the following address:**

**Tyrone W. Allen**
**1449 S. Degaulle**
**Aurora, CO 80018**

HEARING CONCLUDED.
**Court in Recess:** **3:18 p.m.**
Total In-Court Time:  00:46