IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02591-PSF-CBS

TYRONE W. ALLEN,

    Plaintiff,

v.

EQUIFAX;
TRANS UNION CORPORATION; and
EXPERIAN,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE DATED AUGUST 13, 2007.

    This matter comes before the Court on the Recommendation of the Magistrate Judge entered August 13, 2007 (Dkt. # 43), in which he recommends granting Defendants' "Motion to Dismiss for Failure to Prosecute or to Comply with Rule or Court Orders" (Dkt. # 31).  Although 10 days are allowed for the filing of objections, here more than 20 days have elapsed and plaintiff has filed no objection to the Recommendation of the Magistrate Judge.  For the reasons set forth below, the Recommendation is accepted and plaintiff's complaint is dismissed with prejudice.

    The *pro se* complaint in this case was filed by plaintiff on December 1, 2006. Thereafter plaintiff failed in several ways to comply with the applicable Federal Rules of Civil Procedure, the Local Rules of this District, and orders entered by the Magistrate Judge.  The Recommendation details the various conduct and failures to act of plaintiff,

including his failure to provide initial disclosures to defendants, his failure to participate in the preparation of a scheduling order and to attend the scheduling conference before the Magistrate Judge, his failure to respond to discovery requests from defendants and his failure to attend a scheduled status conference.  At hearings held before the Magistrate Judge on June 11, 2007 and on June 14, 2007, which plaintiff did attend, he was expressly told that he was obligated to provide the initial disclosures and discovery responses, but he has failed to do so.

This conduct prompted the filing by defendants of their motion to dismiss on July 2, 2007 (Dkt. # 31).  The Magistrate Judge ordered plaintiff to respond to the motion by July 23, 2007, but no response was filed.  The Magistrate Judge set a hearing on the defendants' motion for August 7, 2007 and ordered plaintiff to appear in person at the hearing.  Plaintiff did not appear and has not contacted the court regarding his failure to appear.

Based on the above, the Magistrate Judge has recommended granting the defendants' motion to dismiss as a sanction for plaintiff's non-compliance and for his failure to prosecute this case.  In reaching this Recommendation the Magistrate Judge has noted that plaintiff's noncompliance was not inadvertent but willful, and that he was warned of the possibility of dismissal of his case as a sanction, but took no action in response.  The Magistrate Judge has also recommended an award to defendants of attorneys' fees and costs incurred by them in connection with the June 14, 2007 hearing, only, as plaintiff's response to their request for an order directing initial disclosures was not substantially justified.

As noted, more than 20 days have elapsed and plaintiff has filed no objection to the Recommendation of the Magistrate Judge.  This Court finds no clear error in the Recommendation or any reason not to accept the Recommendation.

**CONCLUSION**

Defendants' Motion to Dismiss and for Sanctions is (Dkt # 31) is GRANTED as set forth herein and the plaintiff's complaint is DISMISSED with prejudice. If they so desire, defendants may submit an application for costs and attorneys' fees consistent with the Recommendation by September 18, 2007.

Defendants' Joint Motion for an Extension of Time for Defendants to Complete Discovery (Doc. # 36) is DENIED as moot.

DATED:  September 7, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge